IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ZHENG WANG,**

        Petitioner,

vs.                                       Civ No.   12-871 JAP/RHS

**LEE VAUGHN**, Warden,
Cibola County Correctional Center

        Respondent.

### ORDER (1) ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION; AND (2) DISMISSING THIS PROCEEDING WITH PREJUDICE

THIS MATTER is before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition ("PFRD"), filed August 19, 2013 (Doc. 7). A party is entitled to file and serve written objections to the Proposed Findings and Recommendations of the designated Magistrate Judge. 28 U.S.C. § 636(b). No objections have been filed. Furthermore, the time for filing objections has expired.

The Court has made a *de novo* determination and agrees with the Magistrate Judge's proposed findings and recommended disposition that Petitioner's § 2241 Petition be dismissed.

**IT IS HEREBY ORDERED** that the Proposed Findings and Recommended Disposition of the United States Magistrate Judge (Doc. 7) are adopted by the Court;

**IT IS FURTHER ORDERED** that Defendant's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (**Doc. 1**) is **dismissed** with prejudice.

                                                        */s/ James A. Parker*
                                          SENIOR UNITED STATES DISTRICT JUDGE